REMER GEORGES-PIERRE PLLC

# TIMESHEET & COSTS FOR CASE

**Cano v. Hi Tech Solutions USA Corp. *et al* ; Case Number: 0:16-cv-61934-JG**

| Date | Explanation | Time Spent | Attorney | Billing |
|---|---|---|---|---|
| 1/12/2016 | Client intake and sign up | 1 | AGP | $400.00 |
| 3/2/2016 | Client follow up re: evidence | 0.5 | RR | $150.00 |
| 8/10/2016 | Prepare and file Complaint | 1 | AGP | $400.00 |
| 9/1/2016 | Communicate with Client; prepare and file Statement of Claim | 1 | AP | $300.00 |
| 9/19/2016 | Review Defendants' Motion to Dismiss and Formulate a Response | 3 | RR | $900.00 |
| 10/17/2016 | Joint Scheduling Report | 4 | RR | $1,200.00 |
| 10/28/2016 | Client communcation | 0.2 | RR | $60.00 |
| 10/28/2016 | Draft Computation of Damages | 1 | RR | $300.00 |
| 10/28/2016 | Draft Confidential Statement for Judge | 1 | RR | $300.00 |
| 11/1/2016 | Prepare for Settlement Conference | 2 | RR | $600.00 |
| 11/3/2016 | Attend Settlement Conference | 3 | RR | $900.00 |
| 11/4/2016 | Client Communication | 1 | RR | $300.00 |
| | **Total Hours:** | **18.7** | | **$5,810.00** |
| | **Total Costs:** | **Filing Fee** | | **$400.00** |
| | | **Service of Process** | | **$70.00** |
| | | **Postage, Copies, and** | | **$30.00** |
| | | **Mediation** | | **$0.00** |
| | **Total Fees and Costs** | | | **$6,310.00** |